FILED

2012 SEP 26 PM 2: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

CR 12 00927

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR No. 12- |
| Plaintiff,  ) | I N D I C T M E N T |
| v.  ) | [18 U.S.C. § 876(b): Mailing Threatening Communications] |
| VIVEK SHAH,  ) | |
| Defendant.  ) | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.  Defendant VIVEK SHAH ("SHAH") would use a false identity or alias to purchase a prepaid access device card.

2.  Defendant SHAH would use the prepaid access device card to purchase via the Internet postage from the United States Postal Service.

3.  Defendant SHAH would affix the postage to an envelope containing a communication, entitled "Extortion Notice" and addressed to an individual victim.

4.   The "Extortion Notice" would include, among other items, a demand for a specific amount of money, a deadline for payment of the demanded sum of money, an advisement that wiring instructions for the money would follow, a warning to not contact law enforcement, and the following threat:

> "[Victim], if you follow the instructions, then you can take this notice lightly. If you don't, then expect at least one person dead in the next one year. It could either be [first names of close relatives], or any other close relative."

5.   Defendant SHAH would in several cases subsequently mail another communication to the individual victim containing wiring instructions to an off-shore bank account.

COUNTS ONE THROUGH SEVEN

[18 U.S.C. § 876(b)]

On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant VIVEK SHAH, knowingly and with intent to extort money from an individual victim whose initials are set forth below, deposited in a post office or authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the direction thereon, a communication, entitled "Extortion Notice" and addressed to the victim, that contained a threat to injure the person of a "close relative" of the victim, that is, that the victim should "expect at least one person dead in the next one year" if the victim failed to pay a certain amount of money.

| COUNT | DATE | VICTIM | AMOUNT DEMANDED | MAILED FROM | MAILED TO |
|---|---|---|---|---|---|
| ONE | June 9, 2012 | H.W. | $4,000,000 | CA | CT |
| TWO | June 26, 2012 | T.P. | $34,000,000 | CA | FL |
| THREE | July 9, 2012 | E.L. | $16,000,000 | CA | IL |
| FOUR | July 9, 2012 | D.A. | $35,000,000 | CA | TX |
| FIVE | July 9, 2012 | T.P. | $34,000,000 | CA | FL |

| COUNT | DATE | VICTIM | AMOUNT DEMANDED | MAILED FROM | MAILED TO |
|---|---|---|---|---|---|
| SIX | August 9, 2012 | G.G. | $9,600,000 | IL | CA |
| SEVEN | August 9, 2012 | R.K. | $11,300,000 | IL | CA |

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

[signature]

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent and Organized Crimes Section

4