**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
CASE SUMMARY

FILED
2012 SEP 26  PM 2: 33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

Case Number __CR 12 00927__     Defendant Number _1_
U.S.A. v. __VIVEK SHAH__           Year of Birth _198_
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) __FBI__

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense __6/9/2012, 6/26/2012, 7/9/2012, 8/9/2012__
c. County in which first offense occurred
   __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles      ☐ Ventura
   ☐ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☑ Other __Chicago__
Citation of offense __18 USC 876(b)__

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** __N/A__

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __N/A__
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   ☐ Yes       ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
☒ Male ☐ Female
☒ U.S. Citizen ☐ Alien
Alias Name(s) _____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud       ☐ public corruption
☐ government fraud                  ☐ tax offenses
☐ environmental issues              ☐ mail/wire fraud
☐ narcotics offenses                ☐ immigration offenses
☐ violent crimes/firearms           ☐ corporate fraud
☒ Other: Extortion/Threats

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☒ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: 43205-424
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☒ Yes ☐ No
   IF YES ☐ State ☒ Federal AND
   Name of Court: Southern District of W. Va.

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date September 24, 2012

Signature of Assistant U.S. Attorney

WESLEY L. HSU/ELIZABETH R. YANG
*Print Name*