*Memorandum*    FILED 

**CR 12 00927**

| Subj: | Date: |
|---|---|
| UNITED STATES v. VIVEK SHAH | September 24, 2012 |

2012 SEP 26 PM 2: 33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk, United States District Court<br>Central District of California | WESLEY L. HSU/ELIZABETH R. YANG<br>Assistant United States Attorneys<br>Criminal Division |

For purposes of determining whether the above-referenced matter being filed on __September 26, 2012__ should be assigned to the Honorable Michael W. Fitzgerald, it

[ ] is

[X] is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

*Elizabeth R Yang*
ELIZABETH R. YANG
Assistant United States Attorney
Criminal Division