USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **CENTRAL** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
v.

CRIMINAL NUMBER:

VIVEK SHAH

CR 12 00927

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

FILED
2013 APR 18 PM 3: [?]

I, **VIVEK SHAH**, defendant, have been informed that an (*indictment, ~~information~~, ~~complaint~~*) is pending against me in the above designated cause. I wish to plead **GUILTY** to the offenses charged, to consent to the disposition of the case in the **SOUTHERN** District of **WEST VIRGINIA** in which I, **VIVEK SHAH**, (~~am under arrest~~, am held) and to waive trial in the above captioned District.

Dated: 18 April 2013 at _____

_____
(Defendant)

_____
(Witness)

_Devra Kilpr_
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

R. BOOTH GOODWIN II
United States Attorney for the
SOUTHERN District of
WEST VIRGINIA

ANDRÉ BIROTTE JR.    /c.s./
United States Attorney for the
CENTRAL District of
CALIFORNIA